## DALEY et al. v. UNITED STATES.

(Circuit Court of Appeals, Third Circuit.    November 4, 1921.)

### No. 2722.

In error to the District Court of the United States for the Middle District of Pennsylvania; Charles B. Witmer, Judge.

Criminal prosecution by the United States against Elmer Daley and John Letcher. From the judgment, defendants bring error. Reversed.

Andrew Hourigan, of Wilkes-Barre, Pa., for plaintiffs in error.

Before WOOLLEY and DAVIS, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. The questions here presented are the same as those in Healey v. U. S., 276 Fed. 711.

For the reasons stated in the opinion rendered in that case, the judgment below is reversed.

---

## FELMUN v. UNITED STATES.

(Circuit Court of Appeals, Third Circuit.    November 4, 1921.)

### No. 2723.

In Error to the District Court of the United States for the Middle District of Pennsylvania: Charles B. Witmer, Judge.

Criminal prosecution by the United States against Jack Felmun. From the judgment, defendant brings error. Reversed.

Andrew Hourigan, of Wilkes-Barre, Pa., for plaintiff in error.

Before WOOLLEY and DAVIS, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. The questions here presented are the same as those in Healey v. U. S., 276 Fed. 711.

For the reasons stated in the opinion rendered in that case, the judgment below is reversed.